# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: LEISURE, INC. | } | CASE NUMBER: 3:07-BK-2248-JAF |
| | } | |
| | } | JUDGE |
| DEBTOR. | } | CHAPTER 11 |

## DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR THE PERIOD

FROM    1-Jul-08    TO    30-Sep-08

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 4/17/2009

Attorney for Debtor
BRYAN K. MICKLER
5452 ARLINGTON EXP.
JACKSONVILLE, FL 32211
904.725.0822

Debtor's Address
and Phone Number:

Tel. _____

Attorney's Address
and Phone Number:

Bar No. 0917090
Tel. _____

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)



Previous Statement

```
LEISURE INC DIP
1770 SAINT JOHNS BLUFF RD S        MIN COL BALANCE:          1,343     07/03/08
JACKSONVILLE FL 32246-8744         AVG COL BALANCE:          3,303
                                   LAST STMT ENDING BALANCE:         1,378.95

         ACCOUNT TYPE   ACCOUNT NUMBER     STATEMENT PERIOD          TIN
         BUS FREE       1000059657147      07/03/2008 - 07/31/2008  593440016
BEGINNING BALANCE:          1,378.95
DEPOSITS/CREDITS:          20,000.00
CHECKS/DEBITS:             18,267.01
ENDING-BALANCE:             3,111.94
===============================================================================
DEPOSITS:   DATE          AMOUNT              DATE              AMOUNT
            07/07       20,000.00
-------------------------------------------------------------------------------
CREDITS:    DATE          AMOUNT      DESCRIPTION
-------------------------------------------------------------------------------
===============================================================================
CHECKS:  CHECK NO   DATE       AMOUNT     CHECK NO   DATE         AMOUNT
         1024      07/09     18,232.01
-------------------------------------------------------------------------------
DEBITS:     DATE          AMOUNT      DESCRIPTION
            07/03          35.00      NSF RT PEN
-------------------------------------------------------------------------------
===============================================================================
BALANCE HISTORY:     DATE         BALANCE           DATE         BALANCE
                     07/03       1,343.95           07/07      21,343.95
                     07/09       3,111.94
-------------------------------------------------------------------------------
```

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227



36/E00/0175/0 /38
1000059657147
08/31/2008

# Account Statement

LEISURE INC DIP
1770 SAINT JOHNS BLUFF RD S
JACKSONVILLE FL 32246-8744

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000059657147 | 08/01/2008 - 08/31/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $3,111.94 | Average Balance | $2,562.97 |
| Deposits/Credits | $18,500.00 | Average Collected Balance | $2,562.97 |
| Checks | $20,373.37 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $1,238.57 | | |

## Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 08/04 | 12,500.00 | | DEPOSIT | 08/06 | 6,000.00 | | DEPOSIT |

Deposits/Credits: 2       Total Items Deposited: 1

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1025 | 18,063.01 | 08/06 | 1026 | 1,310.36 | 08/05 | 1027 | 1,000.00 | 08/14 |

Checks: 3

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/01 | 3,111.94 | 3,111.94 | 08/06 | 2,238.57 | 2,238.57 |
| 08/04 | 15,611.94 | 15,611.94 | 08/14 | 1,238.57 | 1,238.57 |
| 08/05 | 14,301.58 | 14,301.58 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /38
1000059657147
09/30/2008



# Account Statement

LEISURE INC DIP
1770 SAINT JOHNS BLUFF RD S
JACKSONVILLE FL 32246-8744

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000059657147 | 09/01/2008 - 09/30/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $1,238.57 | Average Balance | $3,208.42 |
| Deposits/Credits | $20,000.00 | Average Collected Balance | $2,941.76 |
| Checks | $20,563.01 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $1.50 | | |
| Ending Balance | $674.06 | | |

## Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 09/04 | 12,000.00 | | DEPOSIT | 09/08 | 8,000.00 | | DEPOSIT |

Deposits/Credits: 2     Total Items Deposited: 2

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1028 | 18,063.01 | 09/09 | *1030 | 1,500.00 | 09/10 | 1031 | 1,000.00 | 09/11 |

Checks: 3     *Break in check sequence

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 09/19 | 1.50 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 09/01 | 1,238.57 | 1,238.57 | 09/10 | 1,675.56 | 1,675.56 |
| 09/04 | 13,238.57 | 13,238.57 | 09/11 | 675.56 | 675.56 |
| 09/08 | 21,238.57 | 13,238.57 | 09/19 | 674.06 | 674.06 |
| 09/09 | 3,175.56 | 3,175.56 | | | |